# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE MATTHEWS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 2:22-cv-00655-TL<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above entitled action is dismissed without prejudice. Each party shall bear its and her own fees and costs.

DATED: April 10, 2023

_____
JUDGE TANA LIN
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITHOUT PREJUDICE Case No. 2:22-cv-00655-TL